# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2328

_____

| | | |
|---|---|---|
| Georgia Littrell, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Equitable Life Assurance Society, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: March 7, 2001
Filed: March 12, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Georgia Littrell appeals the District Court's[1] adverse grant of summary judgment in her denial-of-benefits action arising under the Employment Retirement Income Security Act. We review a grant of summary judgment de novo. DuMond v. Centex Corp., 172 F.3d 618, 621 (8th Cir. 1999). "In reviewing a grant of summary judgment, this Court views the record in the light most favorable to the non-moving party to ensure there is no genuine issue of material fact and that the moving party is entitled to

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

summary judgment as a matter of law." <u>Id.</u> Having carefully reviewed the record and the parties' briefs, we affirm. Littrell has presented no legal or factual basis for reversing the District Court's judgment. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.